AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Luther Bartrug .

**SUMMONS IN A CIVIL ACTION**

V.

United States

CAS   CASE NUMBER 1:06CV00294

JUDGE: Paul L. Friedman

DECK TYPE: Pro se General Civil

DATE STAMP: 02/17/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF *pro se* (name and address)

Luther Bartrug

c/o 10226 Fenholloway Drive
Mechanicsville, Virginia [PZ 23116]

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          FEB 17 2006
CLERK                                DATE

_____
(By) DEPUTY CLERK

⍟AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/2/06 |
| NAME OF SERVER (PRINT) US Postal Service | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): 7003 2260 0000 9666 9552
   certified mail

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/3/06
            Date

Signature of Server

7608 Old Track Ln
Mech., VA 23111
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
MAY 0 5 2006
WHITTINGTON, CLERK
DICT COURT