AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Luther Bartrug

**SUMMONS IN A CIVIL ACTION**

V.

United States

CASE №    CASE NUMBER 1:06CV00294

JUDGE: Paul L. Friedman

DECK TYPE: Pro se General Civil

DATE STAMP: 02/17/2006

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

*pro se*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▓▓▓▓▓▓ (name and address)

Luther Bartrug

c/o 10226 Fenholloway Drive
Mechanicsville, Virginia [PZ 23116]

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

FEB 17 2006

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/2/06 |
| NAME OF SERVER (PRINT) US Postal Service | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): 7003 2260 0000 9066 9576 certified mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 2, 2006
5-3-06 Date

Signature of Server

7608 Old Track Lane
Mech, VA, 23111
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
MAY 05 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT