# United States District Court

IN THE DISTRICT OF COLUMBIA

Luther Bartrug, *et ux*

                              Case No.   1:06cv00294 (PLF)

          Plaintiff(s),

v.

United States

          Defendant.

## REQUEST FOR ENTRY OF DEFAULT

I, Luther Bartrug, pursuant to Federal Rule of Civil Procedure 55(a), hereby

request the Clerk enter the default of defendant in the above-captioned action. The

Rule states:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

This request is supported by the Docket, showing:

1.      This case was filed to the Court on February 17, 2006 (Docket # 1).

2.      Summons and Complaint were served upon counsel for the defendant by United

        States Postal Service, Certified Mail, on March 2, 2006 (Docket # 2; 3).

3.      The time for the defendant to answer or otherwise defend expired on May 1, 2006

        (See Docket).

4.      Defendant has failed to answer or otherwise defend (See Docket).

5.      Defendant is in default (See Docket).

**RECEIVED**

JUN 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated: _____*l~2l*_____, 2006


_____
Luther Bartrug

PROSE-NP, TYPE-F

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:06-cv-00294-PLF
# Internal Use Only

BARTRUG v. UNITED STATES OF AMERICA
Assigned to: Judge Paul L. Friedman
Cause: 26:7422 Civil Actions by Taxpayers for Refund of
Taxes

Date Filed: 02/17/2006
Jury Demand: None
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**LUTHER BARTRUG**       represented by **LUTHER BARTRUG**
10226 Fenholloway Drive
Mechanicsville, MD PZ 23116
US
PRO SE

V.

**Defendant**

**UNITED STATES OF AMERICA**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2006 | ●1 | COMPLAINT against UNITED STATES OF AMERICA (Filing fee $ 250) filed by LUTHER BARTRUG.(td, ) (Entered: 02/23/2006) |
| 02/17/2006 | ● | SUMMONS (2) Issued as to U.S. Attorney and U.S. Attorney General (td, ) (Entered: 02/23/2006) |
| 05/05/2006 | ●2 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney served on 3/2/2006, answer due 5/1/2006 (td, ) (Entered: 05/09/2006) |
| 05/05/2006 | ●3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 3/2/06. (td, ) (Entered: 05/09/2006) |