UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUTHER BARTRUG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0294 (PLF) |

ORDER

The Court has before it plaintiff's Request for Entry of Default Judgment. Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant via certified mail on March 2, 2006. An affidavit of said service has been filed with the Court. On June 23, 2006, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant is in default for failure to plead or otherwise defend this action. Defendant is not an infant or incompetent person. Upon consideration of the foregoing, it is hereby

ORDERED that defendant show cause by July 26, 2006 why the Court should not enter a default judgment in favor of the plaintiff.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 27, 2006