IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LUTHER BARTRUG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 1:06-cv-294-(PLF) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' MOTION TO DISMISS

DEFENDANT, the United States of America, moves under Fed. R. Civ. P. 12(b), to dismiss plaintiff's complaint.

As grounds for this motion, the United States submits that plaintiff failed to properly serve the United States and the Court lacks subject matter jurisdiction over the complaint.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: July 16, 2006.

Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS was caused to be served upon plaintiff *pro se* on the 16th day of July, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>LUTHER BARTRUG
>Plaintiff *Pro Se*
>10226 Fenholloway Drive
>Mechanicsville, VA 23116

>>/s/ Pat S. Genis
>>PAT S. GENIS, #446244