IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LUTHER BARTRUG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 1:06-cv-294 (PLF) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiff's complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1665422.1

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

LUTHER BARTRUG
Plaintiff *Pro Se*
10226 Fenholloway Drive
Mechanicsville, VA 23116

1665422.1

CERTIFICATE OF SERVICE

     IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiff *pro se* on April 24, 2006, by putting a copy in the United States' mail, postage prepaid, addressed as follows:

>LUTHER BARTRUG
>Plaintiff *Pro Se*
>10226 Fenholloway Drive
>Mechanicsville, VA 23116

          /s/ Pat S. Genis
          PAT S. GENIS, #446244

1665422.1