UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LUTHER BARTRUG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br> ) | Civil Action No. 06-0294 (PLF) |

ORDER

For the reasons explained in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendant's motion [7] to dismiss for insufficient service of process is DENIED; it is

FURTHER ORDERED that defendant's motion [7] to dismiss the plaintiff's claim for damages for failure to state a claim upon which relief can be granted is GRANTED; it is

FURTHER ORDERED that defendant's motion [7] to dismiss the plaintiff's claims for declaratory relief for lack of subject matter jurisdiction is GRANTED; it is

FURTHER ORDERED that plaintiff's motion [8] for damages therefore is denied; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of the Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).  All other pending motions are denied as moot.

SO ORDERED.

\_\_\_\_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 17, 2006